## MURPHY *v.* SOUTHERN RAILWAY CO. *et al.*

*Simmons, C. J.*—This being an application for an injunction to restrain a railroad company from laying tracks upon certain land, included in which was a portion of an alleged public street, and the evidence being conflicting as to the title to that portion of the premises in dispute not embraced in the alleged street, and also conflicting as to the dedication and as to the extent of the latter, the judge did not abuse his discretion in granting the injunction in part and refusing it in part as to both parcels of the realty involved in the controversy.

May 19, 1896.                                    *Judgment affirmed.*

Injunction.    Before Judge Lumpkin.    Fulton county. March 23, 1896.

*Simmons & Corrigan* and *Marshall J. Clarke*, for plaintiff.    *Dorsey, Brewster & Howell* and *Hopkins & Sons*, for defendants.